IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARTER MEYER, a minor, by and through his parents, natural guardians, and next friends, Peter Meyer and Theresa Meyer; PETER MEYER, individually and as parent, natural guardian, and next friend of Carter Meyer, a minor; and THERESA MEYER, individually and as parent, natural guardian, and next friend of Carter Meyer, a minor;<br><br>    **Plaintiffs,**<br><br> vs.<br><br>**ANDREW CLARKSON,**<br><br>    **Defendant.** | 8:22CV52<br><br>ORDER |

  Defendant has filed a Notice of Settlement and Motion for Extension of Time to File Dismissal Documents (Filing No. 17), notifying the Court that the parties have settled their claims following mediation with Michael G. Mullin on June 10, 2022. Because the settlement will require court approval pursuant to Neb. Rev. Stat. §§ 30-2630 and 30-2645, counsel asks for additional time to file a stipulation of dismissal. Accordingly,

  **IT IS ORDERED:**

1. On or before **October 13, 2022**, and every 90-days thereafter, the parties shall electronically file a joint status report regarding the status of court-approval of the settlement;

2. Within 30-days of court-approval of the settlement, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

3. Absent compliance with this order, this case may be dismissed without further notice; and

4. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings and other deadlines set for this case.

Dated this 15th day of July, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge